| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> 18CR00096 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 2:25-cr-00223-CDS-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CANDELARIA SANCHEZ <br> Las Vegas, Nevada | 0976 | 1 |
| | NAME OF SENTENCING JUDGE <br> David C. Nye, Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/03/2023 — TO 03/2/2026 |

**FILED** JULY 24 2025 — CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA — BY: AMMi DEPUTY

**OFFENSE**
21 §§ 841(a)(1) and (b)(1)(A) Conspiracy to Distribute a Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** *(e.g., prosocial ties, employment/education opportunities, violation of supervision)*
On March 3, 2023, Sanchez commenced her term of supervised release in the District of Nevada, where she has remained.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Idaho

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 24, 2025
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 28, 2025
Effective Date

_____
Cristina D. Silva, United States District Judge